**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| State of Connecticut and<br>Mashantucket Pequot Tribe,<br><br>Plaintiffs,<br><br>v.<br><br>Ryan Zinke, in his official capacity as<br>Secretary of the Interior, and the U.S.<br>Department of the Interior,<br><br>Defendants,<br><br>and<br><br>MGM Resorts Global Development,<br>LLC,<br><br>Defendant/Intervenor. | Civil Action No. 1:17-cv-02564-RC |

**PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiffs the Mashantucket Pequot Tribe and the State of Connecticut hereby move, pursuant to Fed. R. Civ. P. 15 and Local Rule 7, for leave to amend their complaint to include three additional counts against Defendants Secretary of the Interior Ryan Zinke and the United States Department of the Interior. Included with this motion are: (1) a memorandum of points and authorities in support of the motion; (2) a copy of the proposed First Amended Complaint; and (3) a proposed order granting the motion. Pursuant to Local Rule 7(m), Plaintiffs have conferred with all Defendants and Defendants have indicated they do not consent to the motion.

For the reasons explained in the attached memorandum of points and authorities, Plaintiffs respectfully request that this Court grant the motion.

Dated: October 17, 2018

Respectfully submitted,

KILPATRICK TOWNSEND &
STOCKTON LLP

/s/ Keith M. Harper
Keith M. Harper, Bar No. 451956
KHarper@kilpatricktownsend.com
Catherine F. Munson, Bar No. 985717
cmunson@kilpatricktownsend.com
607 14th Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: 202-508-5800
Facsimile: 202-508-5858

*Attorneys for Plaintiff*
*Mashantucket Pequot Tribe*

STATE OF CONNECTICUT

/s/ Mark. F. Kohler
Mark F. Kohler
Assistant Attorney General
Mark.Kohler@ct.gov
Michael K. Skold
Assistant Attorney General
Michael.Skold@ct.gov
Connecticut Office of the Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Telephone: 860-808-5020
Facsimile: 860-808-5347

*Attorneys for Plaintiff*
*The State of Connecticut*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2018, I electronically filed the foregoing PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Keith M. Harper

Keith M. Harper, Bar No. 451956
KHarper@kilpatricktownsend.com
607 14th Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: 202-508-5800
Facsimile: 202-508-5858