**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| State of Connecticut and<br>Mashantucket Pequot Tribe,<br><br>Plaintiffs,<br><br>v.<br><br>Ryan Zinke, in his official capacity as<br>Secretary of the Interior, and the U.S.<br>Department of the Interior,<br><br>Defendants,<br><br>and<br><br>MGM Resorts Global Development,<br>LLC,<br><br>Defendant/Intervenor. | ) | Civil Action No. 1:17-cv-02564-RC |

**[PROPOSED] ORDER**

Upon careful consideration of Plaintiffs' Motion for Leave to Amend Complaint, and Plaintiffs' Memorandum of Points and Authorities submitted therewith, it is hereby **ORDERED** that Plaintiffs' Motion for Leave to Amend Complaint is **GRANTED**.

**So ORDERED**, this _____ day of __________ 2018.

_________________________________
Honorable Rudolph Contreras
United States District Judge