**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | | |
|---|---|---|---|
| STATE OF CONNECTICUT and<br>MASHANTUCKET PEQUOT TRIBE | : | | |
| Plaintiffs, | : | Civil Action No.: | 17-2564 (RC) |
| v. | : | Re Document No.: | 60 |
| U.S. DEPARTMENT OF THE INTERIOR<br>and RYAN ZINKE, *Secretary of the Interior* | : | | |
| Defendants, | : | | |
| and | : | | |
| MGM RESORTS GLOBAL<br>DEVELOPMENT, LLC, | : | | |
| Defendant-Intervenor. | : | | |

**ORDER**

**GRANTING IN PART PLAINTIFFS' MOTION TO AMEND COMPLAINT**

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Plaintiffs' Motion to Amend (ECF No. 60) is **GRANTED IN PART**. It is hereby **ORDERED** that on or before February 22, 2019, Plaintiffs may file an amended complaint containing Counts I and II of their proposed amended complaint (ECF No. 60-2), but not Count III.

**SO ORDERED**.

Dated: February 15, 2019

RUDOLPH CONTRERAS
United States District Judge