# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF CONNECTICUT, MOHEGAN TRIBE OF INDIANS OF CONNECTICUT, and MASHANTUCKET PEQUOT TRIBE,<br><br>*Plaintiffs*,<br><br>v.<br><br>DAVID BERNHARDT, in his official capacity As Acting Secretary of the Interior, and the UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>*Defendants*,<br><br>and<br><br>MGM RESORTS GLOBAL DEVELOPMENT, LLC,<br><br>*Intervenor-Defendant*. | No. 1:17-cv-02564-RC |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs the Mashantucket Pequot Tribe and the State of Connecticut respectfully provide notice to the Court of the voluntary dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) against Federal Defendants, David Bernhardt, in his official capacity as Acting Secretary of the Interior, and the Department of Interior and Intervenor-Defendant, MGM Resorts Global Development, LLC.

Dated: March 25, 2019

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

/s/  Keith M. Harper
Keith M. Harper, Bar No. 451956

KHarper@kilpatricktownsend.com
Catherine F. Munson, Bar No. 985717
cmunson@kilpatricktownsend.com
607 14th Street, N.W., Suite 900
Washington, D.C.  20005
Telephone:  202-508-5800
Facsimile:  202-508-5858

Mark H. Reeves
mreeves@kilpatricktownsend.com
Enterprise Mill
1450 Greene Street, Suite 230
Augusta, GA  30901
Telephone:  706-823-4206
Facsimile:  706-828-4488

*Attorneys for Plaintiff*
*Mashantucket Pequot Tribe*


STATE OF CONNECTICUT

/s/  Mark. F. Kohler
Mark F. Kohler
Assistant Attorney General
Mark.Kohler@ct.gov
Michael K. Skold
Assistant Attorney General
Michael.Skold@ct.gov
Connecticut Office of the Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Telephone:  860-808-5020
Facsimile:  860-808-5347

*Attorneys for Plaintiff*
*The State of Connecticut*

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment & Natural Resources Division

/s/ Devon Lehman McCune
Devon Lehman McCune
Senior Attorney
devon.mccune@usdoj.gov
U.S. Department of Justice

2

Environment & Natural Resources Division
Natural Resources Section
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Telephone:  (303) 844-1487
Facsimile:  (303) 844-1350

*Counsel for David Bernhardt, in his official capacity as Secretary of the Interior, and the Department of Interior*

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2019, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Keith M. Harper
Keith M. Harper, Bar No. 451956
KHarper@kilpatricktownsend.com
KILPATRICK TOWNSEND &
STOCKTON LLP
607 14th Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: (202) 508-5800